# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADMINISTRATORS OF THE TULANE )
EDUCATIONAL FUND (A/K/A TULANE )
UNIVERSITY), *et al.*, )
                        )
           **Plaintiffs,**     )
                        )
           **v.**           )   **Civil Case No. 09-2428 (RJL)**
                        )
IPSEN PHARMA, S.A.S. (F/K/A SOCIETE )
CONSEILS DE RECHERCHES ET )
D'APPLICATIONS SCIENTIFIQUES SAS), *et al.*, )
                        )
           **Defendants.**   )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 23rd day of March, 2011, hereby

**ORDERED** that the defendant Ipsen Pharma, S.A.S's Motion to Dismiss [#21] is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that the defendant Ipsen Pharma, S.A.S's Motion for a More Definite Statement [#21] is **DENIED**.

     **SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge
